**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 09-cv-02133-WJM-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** April 4, 2011 | **Courtroom Deputy:** Linda Kahoe |

MATTHEW TAZIO REDMON,                                      *Pro se*

     Plaintiff,

v.

ARISTEDES ZAVARAS, *et al.,*                                Robert Charles Huss

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        9:58 a.m.**
Court calls case.  Appearance of counsel.  Plaintiff appears *pro se.*

Discussion and arguments regarding Plaintiff's Motion to Compel Discovery, doc #[71], filed 1/18/2011.

**ORDERED:**   Plaintiff's Motion to Compel Discovery, doc #[71], is **DENIED**.  The court will reopen discovery for the limited purpose of allowing Plaintiff to serve a total of 25 new interrogatories, and to serve a total of 25 new requests for production within **20 DAYS FROM TODAY'S DATE.**   Defendants are required to answer the requests by the deadline as stated in the Federal Rules of Civil Procedure.

Discussion regarding service on Cathie Holst.  Mr. Huss states that Ms. Holst was served.

Discussion regarding the new Executive Director of CDOC.

**ORDERED:**   Mr. Huss is directed to file a joint motion substituting Tom Clements for Aristedes Zavaras.

HEARING CONCLUDED.

**Court in recess:        10:40 a.m.**
Total time in court:    00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.